No. 11–5833. COPELAND *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–5836. SIMON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5839. THRASHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5840. TILLMAN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5841. VALENTINE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5844. PRYCE *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–5848. GREEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5849. HINES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5851. HILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5852. HAMILTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5853. FREEMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5854. GERMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5855. HOFFLER-RIDDICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5857. BETHEA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5864. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5866. SAYRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.